UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                                   CASE NO.: 19-11327
                                                                                                                          CHAPTER 13

**Deborah A. Darby,**
   **Debtor.**

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                       Robertson, Anschutz, Schneid, Crane &
                                                       Partners, PLLC
                                                       Authorized Agent for Secured Creditor
                                                       130 Clinton Rd #202
                                                       Fairfield, NJ 07004
                                                       Telephone: 470-321-7112

                                                    By: /s/Aleisha C. Jennings
                                                          Aleisha C. Jennings
                                                          Email: ajennings@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on February 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DEBORAH A. DARBY
258 TRUMBULL STREET
ELIZABETHPORT, NJ 07206

And via electronic mail to:

BRUCE W. RADOWITZ
636 CHESTNUT STREET
UNION, NJ 07083

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                By: /s/ Amanda Nelson