Case 19-11327-RG   Doc 57   Filed 04/02/24   Entered 04/02/24 14:34:01   Desc Resp.
to ntc Final Cure Paymen    Page 1 of 1

Form ntcfncurv − testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−11327−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Deborah A. Darby
258 Trumbull Street
Elizabethport, NJ 07206

Social Security No.:
xxx−xx−5588

Employer's Tax I.D. No.:

---

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: <u>Deborah A. Darby</u>
        Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: April 2, 2024
JAN: dmc

<u>Jeanne Naughton, Clerk</u>