**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Deborah A. Darby** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5588 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–11327–RG | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Deborah A. Darby

<u>4/9/24</u>                                       **By the court:** <u>Rosemary Gambardella</u>
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Deborah A. Darby  
    Debtor

Case No. 19-11327-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 09, 2024     Form ID: 3180W     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah A. Darby, 258 Trumbull Street, Elizabethport, NJ 07206-2116 |
| 517981038 | + | Dept. of Housing and Urban Development, Attn: C&L Servicies Corp., 2488 E. 81st Street, Suite 700, Tulsa, OK 74137-4267 |
| 517981041 | + | Majestic Lake, 635 East Highway 20, Upper Lake, CA 95485-8793 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 09 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 09 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 09 2024 20:43:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, RAS CITRON, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 09 2024 20:43:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | EDI: AIS.COM | Apr 10 2024 00:40:00 | Synchrony Bank by AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 517981037 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 09 2024 20:43:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 517981035 | + | EDI: CAPITALONE.COM | Apr 10 2024 00:40:00 | Capital One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 518045039 | + | EDI: AIS.COM | Apr 10 2024 00:40:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517981039 | + | EDI: DISCOVER | Apr 10 2024 00:40:00 | Discover, Po Box 71084, Charlotte, NC 28272-1084 |
| 517993750 | | EDI: DISCOVER | Apr 10 2024 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517981040 | | EDI: IRS.COM | Apr 10 2024 00:40:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 518017289 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 09 2024 20:43:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520169514 | + | Email/Text: RASEBN@raslg.com | Apr 09 2024 20:43:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 518011881 | + | Email/Text: RASEBN@raslg.com | Apr 09 2024 20:43:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C.O., RAS Citron, LLC, 130 Clinton Road, Suite 202, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: 3180W | Total Noticed: 23 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| | | | | Fairfield, NJ 07004-2927 |
| 517981042 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 09 2024 20:43:00 | Nationstar Mortgage, LLC, dba Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 517981043 | + | Email/Text: RASEBN@raslg.com | Apr 09 2024 20:43:00 | RAS Citron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517981044 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 09 2024 20:43:00 | Sunrise Credit Service, Inc, Po Box 9100, Farmingdale, NY 11735-9100 |
| 517983733 | + | EDI: AIS.COM | Apr 10 2024 00:40:00 | Synchrony Bank, Attn: AIS InfoSource,LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 518136764 | + | EDI: AIS.COM | Apr 10 2024 00:40:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517981045 | + | EDI: SYNC | Apr 10 2024 00:40:00 | Walmart, Po Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517981036 | *+ | Capital One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 518149627 | *+ | Synchrony Bank, Attn: AIS InfoSource, LP, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC ajennings@raslg.com |
| Bruce W. Radowitz | on behalf of Debtor Deborah A. Darby torreso78@gmail.com r45676@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 09, 2024 | Form ID: 3180W | Total Noticed: 23 |

| | |
|---|---|
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |
| Shauna M Deluca | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12